FILED by YH D.C.

Oct 10, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20802-CR-SCOLA/TORRES

18 U.S.C. § 1341
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

GEORGE FRENCH JONES, JR.,

Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times material to this Information:

1. Private Mortgage Lender #1 was a Florida corporation doing business as a mortgage lender in the State of Florida. Private Mortgage Lender #1 provided short-term loans for real estate investors interested in acquiring and renovating residential properties.

2. Corporation #1 was a Delaware corporation formed in 2012. Corporation #1 was the owner of an investment property located at 41 Nurmi Drive, Fort Lauderdale, Florida 33301 (hereinafter, "Real Property #1").

3. Corporation #2 was a Florida corporation formed in 2013. Corporation #2 was the owner of an investment property located at 1525 Southeast 10th Street, Fort Lauderdale, Florida 33301 (hereinafter, "Real Property #2").

## COUNTS 1-2
## Mail Fraud
## (18 U.S.C. § 1341)

1. The General Allegations section of this Information is re-alleged and incorporated by reference as though fully set forth herein.

2. From in or around February 2018, through in or around April 2018, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**GEORGE FRENCH JONES, JR.,**

did knowingly and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing such scheme and artifice, and attempting to do so, did knowingly cause to be delivered certain mail matter by Federal Express, a private and commercial interstate carrier, according to the directions thereon, in violation of Title 18, United States Code, Section 1341.

### PURPOSE OF THE SCHEME AND ARTIFICE

3. It was the purpose of the scheme and artifice for the defendant to unlawfully enrich himself by obtaining and misappropriating money from Private Mortgage Lender #1 by making materially false and fraudulent representations, and by the concealment of material facts, concerning, among other things, the defendant's identity and the defendant's ownership of certain real properties, all in connection with applications for mortgage loans on the properties.

## THE MANNER AND MEANS

The manner and means by which the defendant sought to accomplish the purpose of the scheme and artifice included, among others, the following:

4. **GEORGE FRENCH JONES, JR.,** identified certain unencumbered residential properties in Broward County, Florida, which **JONES** pledged as collateral in order to obtain mortgage loans. The properties included Real Property #1 and Real Property #2.

5. Real Property #1 and Real Property #2 were owned outright by Corporation #1 and Corporation #2, respectively. There were no loans or mortgages outstanding as to Real Property #1 and Real Property #2.

6. In furtherance of the scheme, **GEORGE FRENCH JONES, JR.,** posed as principals of Corporation #1 and Corporation #2.

7. **GEORGE FRENCH JONES, JR.,** created, and caused to be created, Fictitious Corporation # 1 and Fictitious Corporation #2, whose names closely resembled the names of Corporation #1 and Corporation #2.

8. **GEORGE FRENCH JONES, JR.,** opened several bank accounts in the names of Fictitious Corporation # 1 and Fictitious Corporation #2.

9. **GEORGE FRENCH JONES, JR.,** created two (2) email accounts in the respective names of Fictitious Corporation # 1 and B.G.—a principal of Corporation #2.

10. **GEORGE FRENCH JONES, JR.,** created, and caused to be created, false and fraudulent Canadian passports bearing the names of principals of Corporation #1 and Corporation #2.

11. **GEORGE FRENCH JONES, JR.**, posing as principals of Corporation #1 and Corporation #2, prepared, and caused to be prepared, false and fraudulent loan applications and other related documents without the authorization or consent of the true property owners or their principals. The loan applications and related documents contained numerous false and fraudulent statements and representations relating to **JONES's** identity, his affiliations with Corporation #1 and Corporation #2, his ownership of Real Property #1 and Real Property #2, the purposes of the loans, and other information necessary for Private Mortgage Lender #1 to assess the borrowers' qualifications to borrow money. The false and fraudulent documents were used to induce Private Mortgage Lender #1 to fund loans to finance Real Property #1 and Real Property #2.

12. As part of the loan application process, **GEORGE FRENCH JONES, JR.**, also created, and caused to be created, false and fraudulent documents, including forged corporate operating agreements and identification documents.

13. Private Mortgage Lender #1 approved the loan applications based on the false and fraudulent loan documents and other related documents submitted by **GEORGE FRENCH JONES, JR.** Once the applications were approved, Private Mortgage Lender #1 would wire the loan proceeds to a closing agent, who subsequently wired the fraudulently obtained loan proceeds to bank accounts created and controlled by **JONES**. Thereafter, **JONES** caused payments and disbursements to made from the loan proceeds for his own use and enjoyment.

14. During the course of the scheme, Private Mortgage Lender #1 wired approximately $1.7 million to a closing agent, who subsequently wired the fraudulently obtained loan proceeds to bank accounts created and controlled by **GEORGE FRENCH JONES, JR.**

## USE OF THE MAILS

15. On or about the dates specified as to each count below, the defendant, **GEORGE FRENCH JONES, JR.**, for the purpose of executing, and in furtherance of, the aforesaid scheme and artifice to defraud and to obtain money and property from others by means of materially false and fraudulent pretenses, representations, and promises, and attempting to do so, did knowingly cause to be delivered, directly and indirectly, by Federal Express, a private and commercial interstate carrier, according to the directions thereon, the items identified below in each count:

| COUNT | APPROX. DATE | DESCRIPTION OF MAILING |
|---|---|---|
| 1 | February 15, 2018 | Signed loan documents for Real Property #1, mailed via Federal Express to a closing agent in Miami, Florida |
| 2 | April 23, 2018 | Signed loan documents for Real Property #2, mailed via Federal Express to a closing agent in Miami, Florida |

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT 3
### Aggravated Identity Theft
### (18 U.S.C. § 1028A)

1. The General Allegations section of this Information is re-alleged and incorporated by reference as though fully set forth herein.

2. On or about April 18, 2018, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**GEORGE FRENCH JONES, JR.,**

during and in relation to a felony violation of Title 18, United States Code, Section 1341, that is, mail fraud, as charged in Count 2 of this Information, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is, a false and fraudulent Canadian passport bearing the name of "B.G."

5

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## **FORFEITURE**
## **(18 U.S.C. § 981(a)(1)(C))**

1. The allegations of this Information are realleged and by this reference are fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **GEORGE FRENCH JONES, JR.,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1341, as alleged in this Information, the defendant, **GEORGE FRENCH JONES, JR.,** shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3. The property subject to forfeiture includes, but is not limited to:

   a. A sum of $1,701,816.14 in U.S. currency, which represents the total amount of proceeds traceable to the fraudulent scheme charged in the Information;

   b. One (1) 2018 Chevrolet Suburban bearing Vehicle Identification Number ("VIN") 1GNSCHKC6JR262423 and Florida license plate number JPTT05, seized on or about August 15, 2018;

   c. A total of approximately $631,504.54 in seized U.S. currency, more particularly described as:

   i. Approximately $7,557.19 in U.S. currency, seized from account number 244542042 at BB&T Bank held in the name George F. Jones Jr. DBA Bacon Properties on or about May 31, 2018;

   ii. Approximately $100,777.78 in U.S. currency, seized from account number 246678774 at BB&T Bank held in the name of George F. Jones Jr. or Bacon Properties DBA V&H Ventures on or about May 31, 2018;

6

iii. Approximately $253,877.15 in U.S. currency, seized from account number 246838437 at BB&T Bank held in the name of Diamond River Group LLC on or about May 31, 2018;

iv. Approximately $15,101.08 in U.S. currency, seized from account number 449014499 at BB&T Bank held in the name of George F. Jones Jr. on or about May 31, 2018;

v. Approximately $9,333.20 in U.S. currency, seized from account number 246836019 at BB&T Bank held in the name of George F. Jones Jr. seized on or about May 31, 2018;

vi. Approximately $1,000.00 in U.S. currency, seized from account number 246678812 at BB&T Bank held in the name of Bacon Properties DBA Ming Winn Family Trust Ventures on or about May 31, 2018;

vii. Approximately $1,077.12 in U.S. currency, seized from account number 0259010479 at Regions Bank held in the name George French Jones Jr. on or about August 2, 2018;

viii. Approximately $1,384.73 in U.S. currency, seized from account number 0255836577 at Regions Bank held in the name of George French Jones Jr. on or about August 2, 2018;

ix. Approximately $5,000.24 in U.S. currency, seized from account number 0259131608 at Regions Bank held in the name of George French Jones Jr. on or about August 2, 2018;

x. Approximately $1,268.76 in U.S. currency, seized from account number 0261647713 at Regions Bank held in the name of George French Jones Jr on or about August 2, 2018;

xi. Approximately $476.58 in U.S. currency, seized from account number 0251058103 at Regions Bank held in the name of Lereve Capital LLC on or about August 2, 2018;

xii. Approximately $75,112.68 in U.S. currency, seized from account number 0251058146 at Regions Bank held in the name of Lereve Capital LLC on or about August 2, 2018;

xiii. Approximately $7,188.00 in U.S. currency, seized from account number 0251058170 at Regions Bank held in the name of Revolt Consulting LLC on or about August 2, 2018;

    xiv.    Approximately $67,602.18 in U.S. currency, seized from account number 898088198117 at Bank of America held in the name Lereve Global Capital LLC on or about August 15, 2018;

    xv.    Approximately $80,000.07 in U.S. currency, seized from account number 898097775974 at Bank of America held in the name Lereve Global Capital LLC on or about August 15, 2018;

    xvi.    Approximately $4,747.78 in U.S. currency, seized from account number 898094877202 at Bank of America held in the name of Cleola LLC on or about August 15, 2018; and

    d.    Approximately $13,000 in U.S. currency on deposit in account number 244542042 at BB&T Bank held in the name George F. Jones Jr. DBA Bacon Properties.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

_for_ ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

CHRISTOPHER B. BROWNE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO. _____

v.

GEORGE FRENCH JONES, JR.,                    **CERTIFICATE OF TRIAL ATTORNEY***

          Defendant.
_____/      **Superseding Case Information:**

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| X | Miami | ___ | Key West |
| ___ | FTL | ___ | WPB ___ FTP |

New Defendant(s)                  Yes ___   No ___
Number of New Defendants          ___
Total number of counts            ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)      No
   List language and/or dialect     ___

4. This case will take    0    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                         (Check only one)

   I    0 to 5 days       X        Petty       ___
   II   6 to 10 days      ___      Minor       ___
   III  11 to 20 days     ___      Misdem.     ___
   IV   21 to 60 days     ___      Felony      X
   V    61 days and over  ___

6. Has this case been previously filed in this District Court?  (Yes or No)   No
   If yes:
   Judge:                               Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes ___      No  x

                                                            /s/ Christopher B. Browne
                                                            CHRISTOPHER B. BROWNE
                                                            ASSISTANT UNITED STATES ATTORNEY
                                                           FLORIDA BAR NO. 91337

*Penalty Sheet(s) attached                                                  REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** __GEORGE FRENCH JONES, JR.__

**Case No:** _____

Counts #: 1-2

Mail Fraud

Title 18, United States Code, Section 1341

**\*Max. Penalty:**    Twenty (20) years' imprisonment as to each count

Count #: 3

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:**    Two (2) years' imprisonment consecutive to any other sentence

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| George French Jones, Jr., | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*